FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
Western Division

97 JUN 17 PM 3: 11

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| PAUL HAUGHTON, | ) | |
| Plaintiff(s); | ) | |
| | ) | |
| -vs.- | ) | No. CV-96-P-230-W |
| | ) | |
| SPRINT COMMUNICATIONS | ) | |
| COMPANY, L.P., | ) | |
| Defendant(s). | ) | |

**ENTERED**

JUN 18 1997

## OPINION

Defendant Sprint Communications Company, L.P. ("Sprint") filed a Motion for Judgment on the Pleadings that was considered at a prior motion docket. For the following reasons, this motion is due to be granted.

The claims of the plaintiff, Paul Haughton, stem from Sprint's practice of billing for residential long distance service in one-minute increments. This practice is commonly called "rounding up." Haughton filed a complaint alleging four causes of action: 1) statutory consumer fraud; 2) failure to disclose; 3) breach of contract; 4) unjust enrichment. Sprint's tariffs filed with federal and state regulatory agencies disclose Sprint's practice of rounding up residential long distance telephone service.

To a prima facie case of fraud in Alabama, the plaintiff must show that there was a false representation of an existing material fact upon which the plaintiff justifiably relied to her detriment. *Pinyan v. Community Bank*, 644 So. 2d 919, 923 (Ala. 1994). Because Sprint's tariffs disclosed their practice of rounding up, there was no false representation of an existing material fact. Therefore, Sprint's Motion to Dismiss is due to be granted as to statutory consumer fraud

15

and failure to disclose. A well, Sprint's Motion to Dismiss is due to be granted as to Haughton's breach of contract claim because Sprint's disclosed its practice of rounding up. In addition, Sprint's Motion to Dismiss is due to be granted as to Haughton's unjust enrichment claim because Sprint took no money that it was not lawfully entitled to.

Dated: June 16, 1997

                                                      Chief Judge Sam C. Pointer, Jr.

Service List:
    Mr. Joe R. Whatley, Jr.
    Mr. R. Jackson Drake
    Mr. Richard A. Freese
    Mr. Joseph B. Mays, Jr.
    Mr. James W. Davis
    Mr. Matthew H. Lembke
    Mr. Russell S. Jones, Jr.
    Ms. Mary A. Schmitt